Gackenbach, Appellant, *v.* The Allentown
Hospital Association.

Submitted September 20, 1973.
*W. Hamlin Neely,* for appellant; *Theodore J. Zeller, Jr.,*
and *Butz, Hudders and Tallman,* for appellee.

Order affirmed.

Ganza, Appellant, *v.* City of Oil City,
Pennsylvania, et al.

Argued November 16, 1973. *John H. Bozic, Jr.,*
with him *Bozic, Bozic, Thomas and Truax,* for appel-
lant; *Leo M. Brewster* and *Raymond S. Woodard,* with
them *Robert M. Dale, Benjamin G. McFate,* and *Dale,
Woodard, Montgomery and White,* for appellees.

Judgment affirmed.

SPAULDING, J., absent.

Germano *v.* Piro, Appellants.

Argued December 11, 1973. *William
G. Ross,* with him *Sigmon, Littner and Ross,* for appel-
lants; *Richard J. Shiraff,* with him *Charles H. Spazi-
ani,* for appellee.

Order affirmed.

SPAULDING, J., absent.